FILED

06/05/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0421

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0421

_____

RASTA K. WALID,

     Plaintiff and Appellant,

    v.

                                          O R D E R

STATE OF MONTANA ATTORNEY
GENERAL, and DEPARTMENT OF REVENUE,

     Defendants and Appellees.

_____

Appellant Rasta Khalid Walid was granted an extension of time to file and serve the opening brief on or before May 7, 2024.  The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than July 3, 2024.  Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.  No further extensions will be granted.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 5 2024